## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

|  |  |
|---|---|
| **Digital Federal Credit Union**<br>**Plaintiff**<br>vs.<br><br>**Italio Gentile and Pauline R. Gentile**<br>**a/k/a Pauline Gentile**<br>**Defendants** | CIVIL ACTION NO: 1:19-cv-00073-NT<br><br>RE:<br>15 High Street<br>Limestone, ME 04750<br><br>Mortgage:<br>May 31, 2008<br>Book 4588, Page 284 |

### CONSENT JUDGMENT OF FORECLOSURE AND SALE

Now comes the Plaintiff, Digital Federal Credit Union, and the Defendants, Italio Gentile and Pauline R. Gentile a/k/a Pauline Gentile and hereby submits this Consent Judgment of Foreclosure and Sale.

Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment, are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure, is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay Digital Federal Credit Union ("DFCU") the amount adjudged due and owing $79,688.77 within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, DFCU shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

    | Description | Amount |
    |---|---|
    | Principal | $ 70,383.21 |
    | Interest | 5,550.93 |
    | Late Charges | 613.33 |
    | Corporate Advance | 2,376.30 |
    | Total: | $ 79,688.77 |

2. If the Defendants or their heirs or assigns do not pay DFCU the amount adjudged due and owing $79,688.77 within 90 days of the Judgment, as that time period is calculated in

accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Limestone Property shall terminate, DFCU shall conduct a public sale of the Limestone Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $79,688.77 after deducting the expenses of the sale, with any surplus to the Defendants, or their heirs or assigns, in accordance with 14 M.R.S.A. § 6324. DFCU may not seek a deficiency judgment against the Defendants pursuant to the Defendants' discharge in bankruptcy.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $79,688.77.

5. Digital Federal Credit Union has first priority, in the amount of $79,688.77, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendants, who have second priority.

7. The prejudgment interest rate is 4.7400%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.5900%, *see* 14 M.R.S.A. § 1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Digital Federal Credit Union | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANTS |  |  |
|  | Pauline R. Gentile a/k/a Pauline Gentile<br>34 Fiddlehead Lane<br>Hancock, ME 04640 | Pro Se |

Italio Gentile            Pro Se
34 Fiddlehead Lane
Hancock, ME 04640

a) The docket number of this case is No. 1:19-cv-00073-NT.

b) The Defendants, the only parties to these proceedings besides DFCU, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 15 High Street, Limestone, ME 04750, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 15 High Street, Limestone, ME 04750.  The Mortgage was executed by the Defendants on May 31, 2008.  The book and page number of the Mortgage in the Aroostook County Registry of Deeds - Southern is Book 4588, Page 284.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 15 High Street, Limestone, ME 04750.

Dated:  May 1, 2019                    /s/Reneau J. Longoria, Esq.
                                       John A. Doonan, Esq., Bar No. 3250
                                       Reneau J. Longoria, Esq., Bar No. 5746
                                       Doonan, Graves & Longoria, LLC
                                       100 Cummings Center
                                       Suite 225D
                                       Beverly, MA 01915

Dated: April 4, 2019                   /s/Italio Gentile
                                       Italio Gentile
                                       34 Fiddlehead Lane
                                       Hancock, ME 04640

Dated: April 4, 2019                /s/Pauline R. Gentile
                                    Pauline R. Gentile
                                    a/k/a Pauline Gentile
                                    34 Fiddlehead Lane
                                    Hancock, ME 04640

**SO ORDERED.**

**DATED THIS 12th DAY OF June, 2019**        /s/ Nancy Torresen
                                             **NANCY TORRESEN**
                                             **U.S. DISTRICT JUDGE**